# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-_____** |
| | : | |
| **v.** | : | **DATE FILED:** _____ |
| | : | |
| **KENNETH H. WATERSTRADT** | : | |
| | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2423(a)** |
| | : | **(transporting a minor for sex -- 1 count)** |

## I N F O R M A T I O N

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about June 2, 2005, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, and elsewhere, defendant

**KENNETH H. WATERSTRADT**,

knowingly transported an individual who had not attained the age of 18 years, known to the United States Attorney and identified here as S.S., in interstate commerce with intent that the individual engage in sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2423(a).

_____
**PATRICK L. MEEHAN**
**United States Attorney**